AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19-CR-205-RDA |
| Patricia DeLaughter | ) | |
| Defendant | ) | |

**FILED IN OPEN COURT**
AUG - 9 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/9/2019

_Patricia DeLaughter_
Defendant's signature

_[signature]_
Signature of defendant's attorney

DANNY ONORATO
Printed name of defendant's attorney

/s/
Rossie D. Alston, Jr.
Judge's signature
**United States District Judge**
Judge's printed name and title